**SO ORDERED.**
**SIGNED October 19, 2020.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 19-20886 |
| RYAN JOSEPH BANIEWICZ<br>CAROLINA DAWN BANIEWICZ | CHAPTER 13 |
| DEBTORS | |

### CONSENT ORDER

Considering the Motion for Relief from the Automatic Stay and Abandonment (P-35) filed by Specialized Loan Servicing, LLC, on behalf of GMFS LLC ("Secured Creditor"), the hearing scheduled for September 10, 2020, and the Court having been informed of the consent of the parties, the following Order is issued:

**IT IS ORDERED** that the Debtors shall, within fifteen (15) days of entry of this Order, file an amended plan to provide for payment to Secured Creditor of $8,405.01 in post-petition account arrears;

**IT IS FURTHER ORDERED** that the Debtors will resume regular monthly payments to Secured Creditor beginning in with the payment due on January 1, 2021. The Debtors shall timely make all regular payments under the Note concerning the property more fully described in the mortgage filed into the record hereof, and which property bears the municipal address of 4819 Alister Court, Iowa, LA 70647 ("Property").

**IT IS FURTHER ORDERED** that the Debtors shall maintain in full force and effect flood and hazard insurance on the Property and provide continuous proof of insurance to the holder of the Note.

**IT IS FURTHER ORDERED** that the Debtors shall timely pay all ad valorem taxes on the Property and provide continuous proof of payment thereof to the holder of the Note.

**IT IS FURTHER ORDERED** that the Debtors shall timely make all post-petition payments which are secured by the Property and which are required to be made to any community or homeowners association or pursuant to any condominium or townhome declaration.

**IT IS FURTHER ORDERED**, that should the Debtors (1) fail to modify the plan as described above and/or should the modified plan fail to confirm, or (2) the Debtors becomes thirty (30) days delinquent in any of the payments due to Secured Creditor and/or the Trustee, or (3) fails to maintain the necessary insurance on the real property, naming Secured Creditor as the loss payee, or ad valorem taxes, THEN AND IN ANY SUCH EVENT, Secured Creditor shall notify Debtors, and Debtors' counsel, in writing, of Secured Creditor's intent to file an *ex parte* motion, affidavit and proposed Order Granting Relief from the Automatic Stay if the default is not cured within ten (10) days of the date of the notice. If the default is not cured within ten (10) days after the notice of default, then upon the filing of an *ex parte* motion and affidavit by Secured Creditor attesting to the occurrence of an event of default by the Debtors, an Order may be entered without further

hearing, terminating the stay imposed by 11 USC §362 of the Bankruptcy Code with respect to Secured Creditor, its successors and assigns.

###

Submitted jointly by:

*/s/ Matthew Bond Pettaway*
Matthew Bond Pettaway (#      )
P.O. Box 2065
Lake Charles, LA 70602-2065
(337) 433-0234
**Attorney for the Debtors**

*/s/ Earl F. Sundmaker, III*
Earl F. Sundmaker, III (#24226)
1027 Ninth Street
New Orleans, LA 70115
(504) 568-0515
**Attorney for Secured Creditor**