**SO ORDERED.**

**SIGNED March 16, 2022.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
* * * * * * * * * * * * * * * * * *

IN RE: RYAN JOSEPH BANIEWICZ           CASE NO: 19-20886
      CAROLINA DAWN BANIEWICZ

      **DEBTORS**                                              **CHAPTER 13**

      **CONSIDERING THAT** the foregoing Motion to Sell was heard in open court on March 16, 2022; that no objections were filed or raised at the hearing; that the sale price of the home will pay Rushmore Loan Management Services in full, thereby fully satisfying the mortgage it holds; that approval of the sale will directly benefit the estate by allowing Debtors to move in order to retain employment sufficient to pay their creditors in accordance with their plan; and it appearing in the proper premises,

      **IT IS HEREBY ORDERED** that the Motion to Sell is **GRANTED** and that Debtors are hereby allowed to sell their home located at 4819 Alister Court, Iowa, Louisiana 70647 for the price of $223,000.00; that their homestead exemption be recognized; and that they be allowed to retain the net funds from the sale after payment of the mortgage held by Rushmore Loan Management Services, the realtor fees, and other costs associated with the sale.

      **IT IS FURTHER ORDERED** that the 14 day stay of this order as provided by Rule 6004 be hereby waived and that Debtors be immediately authorized to conduct the sale of the home.

                                                               * * *

RESPECTFULLY SUBMITTED:
**By:___/s/ *Matthew Bond Pettaway*_____**
**Matthew Bond Pettaway– LA Bar No. 33313**
**P.O. Box 2065**
**Lake Charles, LA 70601**
**Telephone: (337) 433-0234**
**Attorney for Debtor**